UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE CORTES,<br><br>    Defendant. | CASE NO. CR23-025 TL<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

  1.  Conspiracy to Distribute Controlled Substances

<u>Date of Detention Hearing</u>:   March 7, 2023.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is a dual U.S./Mexican national. At arrest, he had passports from both countries. He has recent and regular foreign travel to Mexico and claims to have business interests in that country. His last trip to Mexico was in January 2023, which he failed to declare in his pre-trial interview. At the time of arrest, Defendant's residence was searched, revealing more than $450,000 in cash, three handguns, and over 400 gross grams of cocaine.

    2.    Defendant poses a risk of flight and a danger to the community. Defendant poses a flight risk because of his connections to Mexico and access to funds. He traveled to Mexico as recently as January 2023 and claims to have business in the country. Furthermore, Defendant has repeatedly been found to be in possession of large amounts of cash, indicating he has the resources to support flight from prosecution. Defendant also poses a danger to the community. He has two prior convictions for assault, he was intercepted repeatedly on wiretap discussing the sale of large amounts of controlled substances (including cocaine and fentanyl pills) and he was in possession of multiple firearms.

    3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

DETENTION ORDER
PAGE -2

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of March, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3